UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR609-53 |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| CHIMERE NOLAN, and | ) | 500 or More Grams of Cocaine |
| CECELIA GIVENS | ) | Hydrochloride (Powder) |
| | ) | |

## DISMISSAL WITH PREJUDICE OF DEFENDANT CECELIA GIVENS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITH PREJUDICE defendant CECELIA GIVENS from this Indictment. The government shows that Ms. GIVENS is apparently the victim of identity theft, that the perpetrator of this crime unlawfully utilized her identity in connection therewith, and that she had no known involvement in the events leading to these charges. Further proceedings against her in this matter would not be in the interests of justice.

Respectfully submitted,
EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ *Darrin L. McCullough*

100 Bull Street
Savannah, GA 31401
(912) 652-4422

Darrin L. McCullough
Assistant United States Attorney

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal with prejudice of defendant Cecelia Givens from this Indictment.

SO ORDERED, this __7__ day of __July__, 2009.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

_____If checked: This document is a discovery disclosure, and the materials referred to therein have been mailed to counsel of record.

      Dated: 30 June 2009

      EDMUND A. BOOTH, JR.
      UNITED STATES ATTORNEY

      /s/ *Darrin L. McCullough*

      Darrin L. McCullough
      Assistant United States Attorney
      Ga. Bar 487011

Post Office Box 8970
Savannah, Georgia 31412
912-652-4422